DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br><br><br>BILLY WAYNE HAYNES,<br><br>           Defendant. | ) No.<br>)<br>)<br>) COUNT 1:<br>) FELON IN POSSESSION OF A<br>) FIREARM<br>)   Vio. 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>)<br>) COUNT 2:<br>) UNLAWFUL USER IN POSSESSION OF<br>) A FIREARM<br>)   Vio. 18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>)<br>) COUNT 3:<br>) POSSESSION OF A CONTROLLED<br>) SUBSTANCE<br>)   Vio. 21 U.S.C. § 844(a)<br>)<br>) COUNT 4:<br>) POSSESSION OF AN UNREGISTERED<br>) DESTRUCTIVE DEVICE<br>)   Vio. 26 U.S.C. §§ 5841, 5845(a)(8) and<br>) (f), 5861(d), 5871<br>) |



) COUNT 5:
) MANUFACTURE OF AN
) UNREGISTERED DESTRUCTIVE
) DEVICE
)    Vio. 26 U.S.C. §§ 5822, 5841, 5845(a)(8)
) and (f), 5861(f), 5871
)
)

# INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times relevant to this indictment:

1. Pursuant to the United States Code, the term "firearm" includes any destructive device. Title 18, United States Code, Section 921(a)(3)(D); Title 26, United States Code, Section 5845(a)(8).

2. The term destructive "destructive device" means any explosive bomb, and any combination of parts either designed or intended for use in converting any device into any destructive device described above and from which a destructive device may be readily assembled. Title 18, United States Code, Section 921(a)(4); Title 26, United States Code, Section 5845(f).

3. The term "make", and the various derivatives of such word, include manufacturing, putting together, altering, any combination of these, or otherwise producing a firearm. Title 26, United States Code, Section 5845(i).

## COUNT 1

4. Paragraphs 1 through 3 are hereby realleged and incorporated herein.

5. On or about February 21, 2006, in the District of Alaska, the defendant, BILLY WAYNE HAYNES, did knowingly possess in or affecting commerce, a firearm, to wit: a destructive device, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Sections 922(a)(3)(D) and (4), 922(g)(1), 924(a)(2).

## COUNT 2

6. Paragraphs 1 through 3 are hereby realleged and incorporated herein.

7. On or about February 21, 2006, in the District of Alaska, the defendant, BILLY WAYNE HAYNES, then being an unlawful user of a controlled substance, as defined in Title 21 U.S.C. § 802, did knowingly possess in and affecting commerce, a firearm, to wit: a destructive device.

All of which is in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 3

8. Paragraphs 1 through 3 are hereby realleged and incorporated herein.

9. On or about February 21, 2006, in the District of Alaska, the defendant, BILLY WAYNE HAYNES, did knowingly and intentionally possess methamphetamine, a controlled substance.

All of which is in violation of Title 21, United States Code, Section 844(a).

## COUNT 4

10. Paragraphs 1 through 3 are realleged and incorporated herein.

11. On or about February 21, 2006, in the District of Alaska, the defendant, BILLY WAYNE HAYNES, did knowingly possess a firearm, to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, Sections 5841, 5845(a)(8) and (f), 5861(d), and 5871.

## COUNT 5

12. Paragraphs 1 through 3 are realleged and incorporated herein.

13. On or about February 21, 2006, in the District of Alaska, the defendant, BILLY WAYNE HAYNES, did knowingly make a firearm, to wit: a destructive device, in violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

All of which is in violation of Title 26, United States Code, Sections 5841,

5845(a)(8) and (f) and (i), 5861(f), and 5871.

A TRUE BILL.

s/ Grand Jury Forperson<br>GRAND JURY FOREPERSON

s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: _____6/20/06_____

5