DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No.   1:06-CR-002-JWS |
| BILLY WAYNE HAYNES, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

BILLY WAYNE HAYNES, who is imprisoned by the State of Alaska Department of Corrections, at the Lemon Creek Correctional Facility in Juneau, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Billy Wayne Haynes</u>, Case No. 1:06-CR-002-JWS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be

instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Juneau, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

DEBORAH M. SMITH
Acting United States Attorney

DATED: July 3, 2006

  s/ David A. Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov