MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BILLY WAYNE HAYNES           CASE NO. 1:06-cr-00002-JWS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:    ROBIN M. CARTER

UNITED STATES' ATTORNEY:  DAVID NESBETT - TELEPHONIC

DEFENDANT'S ATTORNEY:     SUE ELLEN TATTER-APPOINTED-TELEPHONIC

U.S.P.O.:                 PAULA MCCORMICK - TELEPHONIC

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 7/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:39 p.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights..

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED**.
  X Federal Public Defender accepted appointment; FPD notified.

X PLEAS: Not guilty to counts 1-5 of the Indictment.

X Defendant detained/Detention Hearing set for **8/3/06 at 11:00 a.m.** Parties may appear telephonically.

X Pretrial motions due **8/7/06**; Order for the Progression of a Criminal Case **FILED**.

X Counsel advised no trial date has been set.

At 2:53 p.m. court adjourned.

DATE: July 20, 2006          DEPUTY CLERK'S INITIALS: rc