Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 1:06-cr-0002-JWS |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| BILLY WAYNE HAYNES, | |
| Defendant. | |

   Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant BILLY WAYNE HAYNES in the above-captioned action.

   DATED this 25th day of July 2006.

         Respectfully submitted,

         s/Sue Ellen Tatter
         Assistant Federal Defender
         601 West Fifth Avenue, Suite 800
         Anchorage, AK 99501
         Phone: 907-646-3400
         Fax: 907-646-3480
         E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on July 25, 2006,
a copy of the **_Entry of Appearance_**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter