Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0002-JWS |
| Plaintiff, | |
| vs. | **MOTION TO SUPPRESS EVIDENCE** |
| BILLY WAYNE HAYNES, | |
| Defendant. | |

The defendant, BILLY WAYNE HAYNES, through counsel, moves this court
for an order suppressing the fruits of four warrantless searches:  (1) a search of a truck and
backpack in Sitka, Alaska; (2) search of a trailer at Viskari Trailer Court #8, also in Sitka,
on February 21, 2006, before the search warrant was obtained; (3) a search of the same
trailer on February 22, 2006, after the search warrant service was completed; and (4) a
warrantless search of Mr. Haynes' property by correctional officer Betty Conklin before
Mr. Haynes' transport from Sitka to Juneau.

This motion is based on the attached memorandum of law.  It will be supplemented when more discovery, such as the search warrant, affidavit, return and photos, are provided.

DATED this 7th day of August, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on August 7, 2006,
a copy of *Motion to Suppress Evidence*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter _____