Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL** |

The defendant, BILLY WAYNE HAYNES, through counsel, hereby moves this Honorable Court to continue the above captioned trial from September 11, 2006.

Assistant U.S. Attorney David Nesbett does oppose this motion.

This motion is based on the attached affidavit of counsel.

DATED this 21st day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the **Unopposed Motion
to Continue Trial** was served
electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter