UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion to Continue Trial, the court GRANTS the motion.  Trial in this case, currently set for September 11, 2006, is rescheduled in Juneau on _____, 2006, at ____ ___.m. The final pretrial conference, set for September 11, 2006,  is rescheduled in Juneau for _____, 2006, at ____ ___.m.

DATED this ____ day of _____ 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE