Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　Mr. Haynes was arraigned on federal charges on June 21, 2006.  He filed a motion to suppress on August 7, 2006 (Docket Nos. 15 and 16).  This motion is the subject of an evidentiary hearing to be held August 28, 2006.  All the time since the filing of the motion is excludable from the speedy trial calendar.

3. Mr. Haynes' trial is set in Juneau for September 11, 2006. Counsel also has a bank robbery trial set in Anchorage the same day (<u>United States v. Gunnip</u>, Case No. 3:06-cr-00060-JWS), and a gun trial in Juneau set two days later (<u>United States v. Martin</u>, Case No. 1:05-cr-0010-JWS), as well as a gun trial in Anchorage on September 18, 2006 (<u>United States v. Philip</u>, Case No. 3:06-cr-00056-JWS). At least one of these three other trials is likely to proceed.

4. If I cannot obtain a new trial date for Mr. Haynes, I will have to request assistance from another attorney in my office to try Mr. Haynes' case because of these other commitments. However, I am familiar with the facts and have traveled to Juneau to meet with Mr. Haynes on several occasions. Continuity of counsel and effective assistance of counsel would be served if I could keep Mr. Haynes' case.

5. David Nesbett, attorney for the government, has no objection to a continuance.

6. The defense requests a rescheduling at a time convenient to the court and counsel. The defense could try the case in Juneau early in October or any time during the month of November.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 21st day of August 2006.

*[Notary signature]*
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 21, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter