AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED AUG 2 2 2006**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

BILLY WAYNE HAYNES

**WARRANT FOR ARREST**

CASE NUMBER: 1:06-cr-00002 JWS-PMP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Billy Wayne Haynes and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Count 1: 18:922(g)(1) and 924(a)(2) Felon in Possession of a Firearm, Count 2: 18:922(g)(3) and 924(a)(2) Unlawful User In Possession of a Firearm, Count 3: 21:844(a) Possession of a Controlled Substance, Count 4 26:5841, 5845(a)(8) and (f), 5861(d), 5871, Possession of an Unregistered Destructive Device , 26:5822, 5841, 5845(a)(8) and (f), 5861(f), 5871.

in violation of Title  United States Code, section

Ida Romack
Name of Issuing Officer

by  redacted signature  Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

June 21, 2006 Anchorage, Alaska
Date and Location

Bail Fixed at $ To be determined

by Magistrate Philip M. Pallenberg

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| RETURNED W/HCAP ISSUED |

| DATE RECEIVED 06/21/2006 | NAME AND TITLE OF ARRESTING OFFICER STACEY MELTON SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 07/14/2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: BILLY WAYNE HAYNES

ALIAS: None known

LAST KNOWN RESIDENC.

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: 5'5"          WEIGHT: 145 lbs

SEX: M          RACE: W

HAIR: BRO          EYES: HAZ

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: TAT L AND R ARM

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: UNKNOWN

INVESTIGATIVE AGENCY AND ADDRESS: S/A REBECCA BOBICH, ATF