UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**ORDER** |

After due consideration of the defendant's Unopposed Motion to Continue Trial, the court GRANTS the motion. Trial in this case, currently set for September 11, 2006, is rescheduled in Juneau on October 10, 2006, at 9:00 a.m. The final pretrial conference, set for September 11, 2006, is rescheduled in Juneau on October 10, 2006, at 8:30 a.m.

DATED this 22nd day of August 2006.

/s/JOHN W. SEDWICK
JOHN W. SEDWICK
U.S. DISTRICT JUDGE