NELSON P. COHEN
United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00002-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE EVIDENTIARY** |
| | ) | **HEARING** |
| BILLY WAYNE HAYNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the evidentiary hearing currently set for Monday, August 28, 2006 be continued to September 14, 2006.  Trial in this case has been set for Tuesday, October 10, 2006.

The defendant filed a motion to suppress evidence on August 7, 2006. The undersigned has not yet responded to the motion. Mr. Haynes seeks to supplement the motion when further discovery has been provided. The discovery that he seeks is presently being provided. The government recommends that Mr. Haynes be given enough time to supplement his first motion, the government be given the opportunity to respond to his motions in their entirety, and then conduct the evidentiary hearing. Due to economy of judicial resources, this would enable the court and the parties to streamline the hearings and resolve the issues at one time, and prevent the parties from traveling to Juneau twice. The government has contacted counsel for the defendant, Ms. Tatter, who does not oppose the government's request. The undersigned has contacted the U.S. Marshal's Service and can avoid unnecessary transfer of Mr. Haynes if notified before 6 am Monday morning.

The government respectfully requests, therefore, that the evidentiary hearing be rescheduled for a time convenient for the court on or about September 14, 2006.

///

Respectfully submitted this 25th day of August, 2006.

                    NELSON P. COHEN
                    United States Attorney

                    s/ David Nesbett
                    Special Assistant U.S. Attorney
                    Federal Building & U.S. Courthouse
                    222 West Seventh Avenue, #9, Room 253
                    Anchorage, Alaska  99513-7567
                    Phone: (907) 271-5071
                    Fax: (907) 271-1500
                    E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006,
a copy of the foregoing was served by electronic notice on:

Sue Ellen Tatter

s/ David A. Nesbett