IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00002-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING UNOPPOSED** |
| BILLY WAYNE HAYNES,, | ) | **MOTION TO CONTINUE** |
| | ) | **EVIDENTIARY HEARING** |
| Defendant. | ) | **UNTIL SEPTEMBER 14, 2006** |
| | ) | |
| | ) | |

The government's Non-opposed Motion to Continue Evidentiary Hearing in this case is hereby GRANTED.  It is ordered that the hearing will be continued to the  _____ day of September, 2006, at _____a.m./p.m.

   IT IS SO ORDERED.


Dated: _____         _____
                                  United States District Court Judge