UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| <u>  UNITED STATES OF AMERICA  </u> | v. | <u>  BILLY WAYNE HAYNES  </u> |

THE HONORABLE PHILLIP M. PALLENBERG

D<small>EPUTY</small> C<small>LERK</small>                                         CASE NO.  <u>1:06-cr-00002-JWS</u>

<u> Linda Christensen </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 28, 2006</u>

   The government's unopposed motion, at docket #22, to continue the evidentiary hearing set for Monday, August 28, 2006 is **GRANTED**; the evidentiary hearing is hereby **VACATED**.

   A Status Conference is scheduled for **Monday, August 28, 2006 at 11:00 a.m.**  Counsel and the defendant may appear telephonically by calling Meet-Me-Bridge A at 907-677-6246 approximately 5 minutes prior to the time set for this hearing.

[]{IA.WPD*Rev.12/96}