NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00002-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S NOTICE** |
| vs. | ) | **CONCERNING** |
| | ) | **EVIDENTIARY HEARING** |
| BILLY WAYNE HAYNES | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and

hereby notifies the court concerning possible issues for the evidentiary hearing

scheduled for September 15, 2006.

The government has made every effort to unseal and obtain a copy of the

state search warrant for the trailer and accompanying sworn testimony in support

of the search warrant.  The state court denied the government's motion to unseal

the search warrant.  The annual DA's conference coincided with the government's

efforts to have an ADA file a motion to unseal the search warrant.  The ADA in

Sitka is presently filing the motion.  Therefore, although the government has complied with all other subsequent requests for discovery, including obtaining the police reports of other contacts of the defendant with Sitka police, all due diligence has not yet resulted in the unsealing of the search warrant of the trailer.

The government has contacted counsel for the defendant, Ms. Tatter, and has confirmed that the government would not oppose any additional time Ms. Tatter would need to file a supplemental motion concerning the search warrant.  The government, with the court's permission, intends to present evidence at the evidentiary hearing set for September 15, 2006, concerning the other issues presented in the defendant's motion, including the issue of whether the officers had consent to enter the residence.

RESPECTFULLY SUBMITTED this <u>14th</u> day of September, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare hereby certify that on September 14, 2006
a copy of the foregoing was served electronically
on Sue Ellen Tatter

s/David A. Nesbett
Assistant U.S. Attorney