Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**MOTION ON SHORTENED TIME TO COMPEL** |

　　　　The defendant, BILLY WAYNE HAYNES, through counsel, hereby moves this Honorable Court to compel the production of the affidavit or oral testimony of the officer who obtained the search warrant yielding items of evidence against Mr. Haynes.

　　　　This motion is based on this court's pretrial order of July 20, 2006, the attached affidavit and letters, the Fourth and Fifth Amendments of the United States Constitution, and Criminal Rules 12 and 16.

　　　　Shortened time is necessary to obtain the documents for review to assure that all colorable suppression issues are raised.

DATED this 25th day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on September 25, 2006,
a copy of the **Motion on Shortened Time
to Compel** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter