# Federal Public Defender
## for
## The District of Alaska

Rich Curtner  
Federal Public Defender

601 West Fifth Ave., Suite 800  
Anchorage, Alaska 99501

Phone: (907) 646-3400/FAX: (907) 646-3480

September 8, 2006

David Nesbett  
Assistant United States Attorney  
U.S. Attorney's Office  
222 West Seventh Avenue #9, Room 253  
Anchorage, AK 99513-7567

Re: United States v. Billy Wayne Haynes  
    Case No. 1:06-cr-0002-JWS

Dear Mr. Nesbett:

I am writing to request again a copy of the affidavit or testimony used to support the search of the trailer where the evidence such as the alleged "destructive device" was found. At this point, I have no basis to determine if the warrant was based on probable cause. This item should have been provided with initial discovery.

I also request any expert reports and CVs concerning whether the item attributed to my client is a "destructive device." As I wrote earlier, I have only a brief report that certain powder is gunpowder, and no "expert" report about the alleged pipe bomb.

Thank you for you immediate attention.

Very truly yours,

*[signature]*

Sue Ellen Tatter  
Assistant Federal Defender

SET/km

Exhibit A - Page 1 of 1