# FEDERAL PUBLIC DEFENDER
## for
## THE DISTRICT OF ALASKA

Rich Curtner
Federal Public Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

(907) 646-3400/FAX (907) 646-3480

August 4, 2006

David A. Nesbett, Esq.
Office of the United States Attorney
222 West Seventh Avenue, No. 9, Room 253
Anchorage, AK  99523

Re:   United States v. Billy Wayne Haynes
      Case No. 1:06-cr-0002-JWS

Dear Mr. Nesbett:

I still need the search warrant for the trailer, and the affidavit or recorded testimony that supported it. Are there any photos? Also, it looks like Mr. Haynes came to the attention of Sitka police based on a prior stop of a vehicle where they discovered "capsules." Can I get the discovery, police reports, etc. from that incident?

Thank you for your attention.

Sincerely,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*Sue Ellen Tatter*
Sue Ellen Tatter
Assistant Federal Defender

Exhibit B - Page 1 of 1