# Federal Public Defender
## for
## The District of Alaska

Rich Curtner  
Federal Public Defender

601 West Fifth Avenue, Suite 800  
Anchorage, Alaska 99501

Phone: (907) 646-3400/FAX: (907) 646-3480

August 1, 2006

David Nesbett  
Assistant United States Attorney  
U.S. Attorney's Office  
222 West Seventh Avenue #9, Room 253  
Anchorage, AK  99513-7567

Re:   United States v. Billy Wayne Haynes  
      Case No. 1:06-cr-0002-JWS

Dear Mr. Nesbett,

This letter constitutes a formal request for all discovery including exculpatory material, possible 404(b) and Jencks Act material. In addition, I request a printout of my client's criminal record.

Thank you.

Sincerely,

Sue Ellen Tatter  
Assistant Federal Defender

SET/km

Exhibit C - Page 1 of 1