UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME TO COMPEL** |

After due consideration of the defendant's Motion on Shortened Time to Compel, the motion is GRANTED. IT IS HEREBY ORDERED that the government shall produce the affidavit or oral testimony of the officer who obtained the search warrant yielding items of evidence against Mr. Haynes by no later than _____ _____, 2006.

DATED this _____ day of _____ 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE