Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　I requested discovery as described in the attached letters.  However, although I received a search warrant, it was accompanied by no indication of whether the warrant was based on probable cause.  There was no supporting affidavit nor tape of oral testimony.  Therefore, I could not determine, for my client, whether to challenge the warrant based on lack of probable cause.

3. I filed a motion to suppress. The requested item was not presented by the time of the evidentiary hearing, but the parties agreed that the issue of probable cause could be decided later upon receipt of the material.

4. Shortened time for this motion is necessary because the relief will be moot based on the normal time for answering motions.

5. The trial date is October 10, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 25th day of September 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on September 25, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter

United States v. Billy Wayne Haynes
Case No. 1:06-cr-0002-JWS                                                                                     Page 2