MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _BILLY WAYNE HAYNES_   CASE NO. _1:06-cr-0002-JWS-PMP_
Defendant: _X_ Not Present

BEFORE THE HONORABLE: _____PHILIP M. PALLENBERG_____

DEPUTY CLERK/RECORDER: ____SUSAN EVANS_____

UNITED STATES' ATTORNEY: _TOM BRADLEY* FOR DAVID NESBETT_____

DEFENDANT'S ATTORNEY: _____SUE ELLEN TATTER*_____
_X_Telephonic Appearance

PROCEEDINGS:   HEARING ON MOTION TO COMPEL Held: Sept. 27, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.

Court and Counsel heard re: Defendant's non appearance.

Court and Counsel heard re: Motion to Compel (Dkt # 31); **DENIED WITHOUT PREJUDICE.**

Court and Counsel heard re: Defendant's Reply to Motion to Suppress (Dkt # 15); **Reply due Sept. 28, 2006 by 4:30 p.m.**


At 11:13 p.m. court adjourned.




DATE: _Sept. 27, 2006_   DEPUTY CLERK'S INITIALS: ___SE_____