**ITEMS**

- Electric _____
- Lith B__
- 25x3. 7__
- PHIS
- coffee grinder
- Tenturé
- Fuse for bomb (blue)
- pieces
- Guitar String

*I love you, I need you, I want all of you — ♡ Love, Amber*

**Things To Do — GINA**

- Call ~~B+B~~ _____ (scanner ASAP)
- Pick up clothes
- find Alex 9__ ✗
- ~~unemployment office~~
- ~~Call _____~~
- look into A license
- Finger Prints TODAY
- *FIND O.C.'s ASAP
- Price a Cell Phone

**★ SHIT TO DO ★**

(Morning)
- D.M.V & True Value ← Tentul
- Finger Prints (COP SHOP)
- Work on Trailer (Eric) 10/11
- Pick up Fuse (EXPLOSIVE)
- Contact ReD
- find Hollow needle
- Contact OCS
- Call SHY, "T", Brandon, & Beth

Afternoon — VISIT Nikki & Scoot / Joe
- Start Collecting $160.00
- Move Buick from lot
- TAT Gun's
- Pick up misc Items $

000000049

Exhibit A - Page 1 of 2



- liquid Heet, metalic Acid, torture
- made "F" contact
- Pick up Some Pipes
- western union
- Phone Card
- Parts for fold bowls
- new Hat & Shoes
- Pictures of Family
- Collect All Items out
- 1 clean gun
- Black spray paint
- Find a key lace

Harry $70.00
ERIC $ ? Knife

Pieces $300.00
Car $150.00
Vic $ ?.00    Profit $220