**ITEMS**

- Electric ...ater
- Lith B...
- 25 x 3, 7...
- PHS
- coffee grinder
- Tenture
- Fuse for bomb (Blue)
- Pieces
- Guitar String

I Love you, I need you, I want all of you — ♡ Love, Amber

**Things To Do — GINA**
- Call B.B., Sh..., ...
- Pick up clothes
- find Alex 9... ✗
- unemployment office
- Call B...
- look into A license
- Finger Prints TODAY
- *FIND O.C.'s ASAP
- Price a Cell Phone

**★ SHIT TO DO ★**

(Morning)
- D.M.V. & True Value ← Tentul
- Finger Prints (Cop Shop)
- Work on Trailer (Eric) 10/11
- Pick up Fuse (EXPLOSIVE)
- Contact RED
- find Hollow needle
- Contact OCS
- Call SHY, "T", Brandon, & Beth

Afternoon — VISIT Nikki & Scoot / Joe-D
- Start Collecting $160.00
- Move Buick from lot
- TAT Guns
- Pick up Misc Items $



- liquid Heet, metalic acid, torture
- made "F" contact
- Pick up some pipes
- western union
- Phone Card
- Parts for fold bowGus
- New Hat & Shoes
- Pictures of family
- Collect All Items out
- Clean gun
- Black Spray Paint
- Find a key lace

Harry $70.00
ERIC $? & Knife

Pieces $300.00
car $150.00
Vic's $ 2.00 — Profit $220