Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL FOR TWO WEEKS** |

The defendant, BILLY WAYNE HAYNES, through counsel, hereby requests a continuance of trial for two weeks.  Trial is presently set for October 10, 2006,  in Juneau.

This motion is based on the attached affidavit of counsel, the files and records in this case, and the non-opposition of Assistant U.S. Attorney David Nesbett.

DATED this 29th day of September 2006.

    Respectfully submitted,

    s/Sue Ellen Tatter
    Assistant Federal Defender
    601 West Fifth Avenue, Suite 800
    Anchorage, AK 99501
    Phone:	907-646-3400
    Fax:	907-646-3480
    E-Mail:	sue_ellen_tatter@fd.org

Certification:
I certify that on September 29, 2006,
a copy of the **Motion to Continue Trial**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter