UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL FOR TWO WEEKS** |

After due consideration of the defendant's Unopposed Motion to Continue Trial for Two Weeks, the motion is GRANTED. The trial in this case, currently scheduled for October 10, 2006, is continued to _____, 2006, at _____ ___.m. in Juneau, Alaska. The final pretrial conference, presently scheduled for October 10, 2006, is continued to _____, 2006, at _____ ___.m. in Juneau, Alaska.

DATED this _____ day of _____ 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE