Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1. I am counsel for the defendant Billy Wayne Haynes. There is a substantial indictment charging five counts of illegal possession of a "destructive device" and drug possession. The defendant is only 24 years old and is facing a guideline sentence well over five years.

2. There were searches of a residential trailer in Sitka which yielded the items which form the bases of the charges. I filed a motion to suppress the fruits of these searches on August 7, 2006. At that time, I had received some discovery, such as the

search warrant, but I had not received the supporting materials for the search warrant (the tape of the oral application of the state police officer). Mr. Nesbett made numerous attempts to obtain this material from state court, but we were not able to obtain it by the time of the suppression hearing in Juneau on September 15, 2006. At the suppression hearing, the parties stipulated that issues relating to the tape would be reserved.

3. The tape was finally sent, arriving on September 27, 2006. In the opinion of defense counsel, the tape raises new issues and facts important to the suppression issue. The defense believes the magistrate should hear further testimony or, at the least, have the tape or transcript available for his decision.

4. With an October 10, 2006, trial date, the suppression issue cannot be fully litigated. Without this litigation, I do not believe Mr. Haynes will have effective assistance of counsel. I believe the service of justice requires a short continuance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 29th day of September 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

United States v. Billy Wayne Haynes
Case No. 1:06-cr-0002-JWS                                                                 Page 2

Certification:
I certify that on September 29, 2006,
a copy of the ***Affidavit of Counsel***
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter