# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>BILLY WAYNE HAYNES</u>

THE HONORABLE PHILIP M. PALLENBERT

DEPUTY CLERK                                                CASE NO. <u>1:06-cr-00002-JWS</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: October 2, 2006

Currently before the court is the defendant's motion to suppress (docket 15).  In the defendant's reply memorandum (docket 37), the defendant asks to reopen the evidentiary hearing on that motion based on the recently obtained tape recording of the state court search warrant proceedings.  The court is unable to assess that request without reviewing the tape.  Accordingly, defense counsel shall provide an authenticated copy of that tape recording to the court in Juneau by overnight delivery.  The copy may be authenticated either by stipulation or affidavit.

[]{IA.WPD*Rev.12/96}