UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL FOR TWO WEEKS** |

　　　　After due consideration of the defendant's Unopposed Motion to Continue Trial for Two Weeks, the motion is **GRANTED**. The trial in this case, currently scheduled for October 10, 2006, is continued to October 25, 2006, at 9:00 a.m. in Juneau, Alaska. The final pretrial conference, presently scheduled for October 10, 2006, is continued to October 25, 2006, at 8:30 a.m. in Juneau, Alaska. The new trial date is within the Speedy Trial Act window.

　　　　DATED this 2nd day of October 2006.

　　　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE