Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0002-JWS |
| Plaintiff, | |
| vs. | **NOTICE OF FILING TRANSCRIPT** |
| BILLY WAYNE HAYNES, | |
| Defendant. | |

The defendant, BILLY WAYNE HAYNES, through counsel, hereby files the

attached Transcript of Application for State Search Warrant 1SI-06-11-SW (Exhibit A).


DATED this 3rd day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on October 3, 2006,
a copy of the **Notice of Filing Transcript**
 was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter