Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

**FILED**

OCT 03 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**AFFIDAVIT OF AUTHENTICATION** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1. I am the attorney for Billy Wayne Haynes. I have listened to the tape recording sent to me by the office of the United States Attorney in this case. It is an oral search warrant application in the Sitka District Court. It has the sworn testimony of Detective Roger Stevener and questions by the magistrate judge.



**SCANNED**

2.   I have listened to the tape submitted herewith. Someone in my office, under my direction, copied this tape from the copy sent by the prosecutors. The copy has the complete contents of the tape we received.

3.   Both tapes (the copy from the U.S. Attorney and the copy enclosed herewith) are faint, but contain the entire testimony in support of the search warrant. On information and belief, and pursuant to the Order filed October 2, 2006, at Docket No. 41, the tape sent herewith is an authentic copy of the tape this office received from the United States Attorney.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 2nd day of October 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008