Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**MOTION FOR SUPPLEMENTARY EVIDENTIARY HEARING** |

　　　　　The defendant, BILLY WAYNE HAYNES, through counsel, requests a further evidentiary hearing to clarify the status of the property where the searches were executed, and to clarify Mr. Haynes' relationship to the property.  This motion is based on the recently transcribed tape of Officer Stevener's testimony at the warrant application, and the attached affidavit of counsel.  The trial is now scheduled for October 25, 2006.

DATED this 4th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on October 4, 2006,
a copy of the **Motion for Supplementary Evidentiary Hearing** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter