UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR SUPPLEMENTARY EVIDENTIARY HEARING** |

After due consideration of Billy Haynes' Motion for Supplementary Evidentiary Hearing, the motion is GRANTED. An evidentiary hearing is hereby scheduled in Juneau for _____, 2006, at _____ ____.m.

DATED this ____ day of October 2006.

_____
PHILIP M. PALLENBERG
U.S. MAGISTRATE JUDGE