Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>BILLY WAYNE HAYNES,<br><br>              Defendant. | NO. 1:06-cr-0002-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.   I am counsel for defendant Billy Haynes.

2.   Mr. Haynes' belongings were found in a trailer at Space 8, Viskari Trailer Court, in Sitka, Alaska.  The government seeks to admit items attributed to Mr. Haynes at trial.  The defense moved to suppress the items found in various searches of the trailer.  At the suppression hearing, Officer Stevener claimed that the property was owned by Marcel Prado.  He also claimed that Mr. Prado gave permission to search the property.

3. At the search warrant application, Officer Stevener told the state magistrate that there was a "problem" or "concern" about Mr. Prado's authority to consent, because Jeremy Beebe was working on the trailer and had engaged another person to help with plumbing in the trailer.

4. Jeremy Beebe tried several times to speak to me to tell me the status of the property. However, because he was in jail and represented by counsel, I was unable to speak to him under my interpretation of the Alaska Bar Rules.

5. On October 3, 2006, Jeremy Beebe's lawyer, Dennis McCarty, called to inform me what Jeremy Beebe would say if he were subpoenaed to testify. According to Mr. McCarty, Jeremy Beebe would say that he was renting the property on Space 8 from Mr. Prado. He was also working on the trailer for Mr. Prado. Jeremy Beebe would testify that he enlisted Billy Haynes' help in remodeling the trailer and gave Billy Haynes permission to stay there.

6. On information and belief, the record should be supplemented to remove questions concerning the right of Mr. Haynes to live in the trailer at Space 8 and to object to intrusions on his expectations of privacy in his living space.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 4th day of October 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on October 4, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter