NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00002-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S NOTICE** |
| vs. | ) | **CONCERNING** |
| | ) | **SUPPLEMENTAL** |
| BILLY WAYNE HAYNES | ) | **EVIDENTIARY HEARING** |
| | ) | |
| Defendant. | ) | |

      COMES NOW the United States of America, by and through counsel, and hereby notifies the court concerning possible issues for the supplemental evidentiary hearing scheduled for October 6, 2006.

      The government intends to have available to testify by phone the following three witnesses: Detective Stevener, Officer Conklin, and Mr. Prado. Accordingly, the government will be prepared to present evidence in the form of their testimony at the supplemental evidentiary hearing in the event the court deems it appropriate.

RESPECTFULLY SUBMITTED this 6th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare hereby certify that on October 6, 2006
a copy of the foregoing was served electronically
on Sue Ellen Tatter.

 s/David A. Nesbett
Assistant U.S. Attorney

US. vs. HAYNES
1:06-cr-00002-JWS

2