MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. **BILLY WAYNE HAYNES**   CASE NO. **1:06-cr-0002-JWS-PMP**
Defendant: **X** Present **X** In Custody

BEFORE THE HONORABLE: **PHILIP M. PALLENBERG, MAGISTRATE JUDGE**

DEPUTY CLERK/RECORDER: **SUSAN EVANS**

UNITED STATES' ATTORNEY: **DAVID NESBETT\***

DEFENDANT'S ATTORNEY: **SUE ELLEN TATTER\***
**X** Telephonic Appearance

PROCEEDINGS:   HEARING ON MOTION FOR A SUPPLEMENTAL
               EVIDENTIARY HEARING   Held: Oct. 6, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:48 p.m. court convened.

Court and Counsel heard, re: Defendant's Oral Motion to Continue Supplemental Evidentiary Hearing: **DENIED**.

Marcel Prato, sworn and testified on behalf of the Defendant.

Sitka Police Department Jail Officer, Betty Conklin, sworn and testified on behalf of the Plaintiff.

Witness List filed separately.

At 2:39 p.m. court adjourned.

DATE: **October 6, 2006**   DEPUTY CLERK'S INITIALS: **SE**