MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *BILLY WAYNE HAYNES*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 1:06-cr-00002 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: October 17, 2006

---

    Defendant filed a motion to suppress evidence. The magistrate judge conducted an evidentiary hearing on September 15, 2006, and a supplemental evidentiary hearing on October 6, 2006. Magistrate Judge Pallenberg then filed a report at docket 54 which recommends denial of the motion. Objections were filed on October 13, 2007. A reply to those objections is due today, October 17, 2006. Trial is presently set for October 25, 2006. In order for this court to have adequate time to review the recommendation and consider the objections and any reply thereto, it is necessary to continue the trial.

    For the reasons above, the final pre-trial conference is continued to **8:30 a.m.** on **November 8, 2006,** and the trial by jury is continued to **9:00 a.m.** on **November 8, 2006.** The date is within the speedy trial window.