Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**MOTION FOR RECONSIDERATION** |

　　　　The defendant, BILLY WAYNE HAYNES, through counsel, hereby moves this Honorable Court for reconsideration of its order denying suppression of items found in the trailer (Docket No. 58).

　　　　This motion is based on the attached affidavit of counsel, describing newly discovered evidence.

DATED this 25th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on October 25, 2006,
a copy of the **Motion for Reconsideration**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter