UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>    Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER GRANTING MOTION FOR RECONSIDERATION** |

    After due consideration of the defendant's Motion for Reconsideration, the motion is GRANTED.  The Clerk of Court shall issue a writ of habeas corpus for the U.S. Marshal to bring Mr. Beebe to Anchorage for a further evidentiary hearing.

    IT IS FURTHER ORDERED that an evidentiary hearing is hereby scheduled for _____, 2006, at _____ ___.m. in _____, Alaska.

    DATED this ____ day of October 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE