## PAYROLL REGISTER

| NAME | M.S. | EX. | HOURS | RATE | EARNINGS | FICA | ESC | FWT | TOT. DED. | NET | DRAW | CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeremy Both- | S | 0 | 139. | 13 | 1807.?? | 138.24 | 9.04 9.22 | 109. | 356.28 | 1450.72 | 300.- | |