UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**ORDER FROM CHAMBERS**<br><br>[Re: Motion at docket 59] |

　　　At docket 59, defendant has moved for reconsideration of the order denying his motion to suppress. It appears that defendant may have discovered new evidence that could affect the proper disposition of the motion to suppress.

　　　Plaintiff United States shall file a response to the motion at docket 59 no later than noon on Friday, October 27, 2006.

　　　The court will hear argument on the Motion for Reconsideration on October 31, 2006, at 10:30 a.m. in Anchorage. The court will have Jeremy Beebe transported to Anchorage on or about October 27, 2006. He will be available, if needed, at the hearing on October 31, 2006.

　　　DATED this 26th day of October 2006.

　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE