```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. BILLY WAYNE HAYNES    CASE NO. 1:06-cr-00002-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       DAVID NESBETT

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER

PROCEEDINGS: EVIDENTIARY HEARING (ORAL ARGUMENT) ON DEFENDANT'S
             MOTION FOR RECONSIDERATION (DKT 59)
             HELD OCTOBER 31, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

Court and counsel heard re witnesses.

Jeremy Charles Beebe sworn and testified on behalf of the defendant. Defendant's exhibits A and B **ADMITTED.**

Court and counsel heard re plaintiff's oral motion to continue the hearing for additional witness testimony; **GRANTED.** Continued Oral Argument on Defendant's Motion for Reconsideration (Dkt 59) set for **November 1, 2006 at 10:00 a.m.** Court instructed plaintiff to notify the court in writing if the witness will not be available at 10:00 a.m.

Defendant's detention continued.

At 11:09 a.m. court adjourned.

DATE:    October 31, 2006       DEPUTY CLERK'S INITIALS:   ak