***AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   BILLY WAYNE HAYNES    CASE NO. 1:06-CR-00002-JWS
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:              JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:            CAROLINE EDMISTON

UNITED STATES' ATTORNEY:          DAVID NESBETT

DEFENDANT'S ATTORNEY:             SUE ELLEN TATTER

PROCEEDINGS: CONTINUED ORAL ARGUMENT ON DEFENDANT'S MOTION FOR
             RECONSIDERATION (DKT 59) Held 11/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:12 a.m. court convened.

Marcel Louis Prato sworn and testified on behalf of the plaintiff, telephonically.

This matter taken **UNDER ADVISEMENT**, written ruling to issue as soon as possible.

Trial by Jury set November 8, 2006 in Juneau, AK **VACATED**.  Court directed **\***Chambers to issue new Trial by Jury date.

Court retained admitted exhibits A & B.

At 10:46 a.m. court adjourned.

List of Witnesses and Exhibits to be filed separately.

**\***Amended


DATE:    November 1, 2006         DEPUTY CLERK'S INITIALS:   ce