NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00002-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO** |
| v. ) | **EXTEND GOVERNMENT'S** |
| ) | **DEADLINE TO FILE** |
| BILLY WAYNE HAYNES, ) | **SUPPLEMENTAL BRIEFING** |
| ) | **TWO DAYS** |
| Defendant. ) | |
| ) | (*ON SHORTENED TIME*) |

     COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the government have two additional days to file its response to defendant's supplemental briefing. Trial in this case has been set for December 11, 2006. Undersigned has contacted counsel for the defense, Sue Ellen Tatter, who does not oppose the government's request.

The government respectfully requests, therefore, that its response be due on or before the close of business Wednesday, November 15, 2006.

RESPECTFULLY submitted this 14th day of November, 2006, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ David A. Nesbett
> Special Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3668
> Fax: (907) 271-1500
> E-mail: david.nesbett@usdoj.gov

Certificate of Service

I declare hereby certify that on November 14, 2006
a copy of the foregoing was served electronically
on Sue Ellen Tatter.

  s/David A. Nesbett
Assistant U.S. Attorney