NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00002-JWS |
| ) | [Proposed] |
| Plaintiff, ) | |
| ) | **ORDER TO EXTEND** |
| v. ) | **GOVERNMENT'S DEADLINE** |
| ) | **TO FILE SUPPLEMENTAL** |
| BILLY WAYNE HAYNES, ) | **BRIEFING TWO DAYS** |
| ) | |
| Defendant.. ) | |
| ) | |
| ) | |

     IT IS SO ORDERED.  The response date to the defendant's supplemental briefing is extended to Wednesday, November 15, 2006.

Date: _____                    _____
                                                  United States District Court Judge