# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  USA   v.  BILLY WAYNE HAYNES 

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                        CASE NO.  1:06-cr-00002-JWS 

 Patty Demeter 

PROCEEDINGS: **CLERK'S NOTICE**                              DATE: 11/20/06

      The attached Defendant's Exhibit A and Exhibit B from the Motion hearing held on October 31, 2006, and continued on November 1, 2006, have been received by the Clerk's Office for the official file from the chambers of Judge John W. Sedwick.

[]{CLERKNOT.WPD*Rev.12/97}

Case 1:06-cr-00002-JWS    Document 73    Filed 11/20/2006    Page 2 of 2

[ ]{CLERKNOT.WPD*Rev.12/97}