

PAYROLL REGISTER

| NAME | M.S. | EX. | HOURS | RATE | EARNINGS | FICA .0765 | ESC .0051 | FIT | TOT. DED. | NET CK. | DRAW | CHARGED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeremy Botz | S | O | 139. | 13 | 1807.30 | 138.24 | 9.04 / 9.22 | 209. | 356.28 | 1450.72 | 300 | |

For The X [C]o.

DEFENDANT'S EXHIBIT
CASE NO. 1:06-cr-002
EXHIBIT NO. A