MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *BILLY WAYNE HAYNES*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 1:06-cr-00002 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: December 4, 2006

     The court expects to issue an order on defendant's motion for reconsideration shortly. While the court has not finalized the order, it appears possible that the order may result in the suppression of some, but not all, evidence which might support plaintiff's case. With the trial date drawing near, the court has concluded that it is advisable to continue the trial date to afford both parties adequate time to prepare for trial or other disposition of this case after taking into account the order on the motion for reconsideration.

     For the reasons above, IT IS ORDERED:

     The final pre-trial conference is continued to 8:30 AM and the trial by jury is continued to 9:00 AM on Wednesday, January 10, 2007, in Juneau Alaska. This date is within the Speedy Trial window after accounting for excludable delay.