Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>    Defendant. | Case No. 1:06-cr-0002-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

   The defense hereby gives notice of Billy Wayne Haynes' intent to change his plea to the indictment.  The trial is set for January 6, 2007.  There is no plea agreement, but the parties have a stipulation about an enhancement which they will put on the record at the next hearing.

///

///

///

///

DATED this 27th day of December, 2006.

Respectfully submitted,

/s/ Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	sue_ellen_tatter@fd.org

Certification:

I certify that on December 27, 2006,
a copy of the foregoing document
was served electronically on:

David Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/ Sue Ellen Tatter