MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs BILLY WAYNE HAYNES   CASE NO.  1:06-CR-00002-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER

U.S.P.O.:                    SCOTT KELLEY

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 01/09/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:10 a.m. court convened.

 X Defendant sworn.

 x Defendant advised of general rights, charges and penalties.

 X Defendant states true name:    Same as above    Age:   24

 X Defendant changed pleas to guilty on Counts 1, 2, 3, 4 & 5 of
the Indictment.

 x Court accepted pleas; Referred to P.O. for presentence report.

 x Imposition of Sentence set for **March 23, 2007 at 9:00 a.m.**

 x Defendant's detention continued pending Imposition of
Sentence.

 X OTHER: Court and counsel heard re parties stipulation re 4
level enhancement does not apply.

At 9:33 a.m. court adjourned.

DATE:    January 9, 2007      DEPUTY CLERK'S INITIALS:   Ce