Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 1:06-cr-0002-JWS |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE SENTENCING FOR SIX WEEKS** |
| BILLY WAYNE HAYNES, | |
| Defendant. | |

The defendant, BILLY WAYNE HAYNES, through counsel, hereby moves this Honorable Court to continue sentencing in the above-captioned case for six weeks.

Assistant U.S. Attorney Bryan Schroder does oppose this motion.

This motion is based on the attached affidavit of counsel.

DATED this 6th day of March 2007.

    Respectfully submitted,

    s/Sue Ellen Tatter
    Assistant Federal Defender
    601 West Fifth Avenue, Suite 800
    Anchorage, AK 99501
    Phone:    907-646-3400
    Fax:      907-646-3480
    E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on March 6, 2007,
a copy of the **Unopposed Motion
to Continue Sentencing For Six
Weeks** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter