UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing for Six Weeks, the court GRANTS the motion. Sentencing in this case, currently set for March 23, 2007, is rescheduled in Juneau on _____, 2007, at ____ ___.m.

　　　　DATED this ____ day of March 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE