Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0002-JWS |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF COUNSEL** |
| BILLY WAYNE HAYNES, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.    I am the attorney in the above-captioned case.

2.    Mr. Haynes' sentencing is currently scheduled for March 23, 2007.

3.    Counsel just received Mr. Haynes' medical records from Charter North

Hospital.  These records indicate serious psychological issues.

4.    Counsel is trying to arrange a psychologist or psychiatrist to examine

Mr. Haynes at Lemon Creek Correctional Center.  This examination is unlikely to be

completed before the March 23rd sentencing.

5.     Counsel respectfully requests that Mr. Haynes' sentencing be continued for six weeks.

6.     Bryan Schroder, attorney for the government, has no objection to a continuance.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


/s/Sue Ellen Tatter


SUBSCRIBED AND SWORN to before me this 6th day of March 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008


Certification:
I certify that on March 6, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter


United States v. Billy Wayne Haynes
Case No. 1:06-cr-0002-JWS

Page 2