**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *BILLY WAYNE HAYNES*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 1:06-cr-00002-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  March 7, 2007

    The unopposed motion at docket 82 to continue the IOS is **GRANTED** as follows: Sentencing is continued to **May 17, 2007,** at **10:30 AM.**  If the examining mental health care professional is not resident in Juneau and will be called to testify, defense counsel shall advise the court, which will then consider whether to move the sentencing from Juneau to Anchorage.