```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  BILLY WAYNE HAYNES         CASE NO. 1:06-CR-00002-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:       JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:      SUSAN EVANS

UNITED STATES ATTORNEY:     JOHN NOVAK

DEFENDANTS ATTORNEY:        SUE ELLEN TATTER

U.S.P.O.:                   SCOTT KELLEY - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 5/17/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of  78 months. This term consists
   of 78 months on Counts 1, 2, 4, 5 and 12 months on Count 3,
   all counts to run concurrently with sentence imposed in State
   case 1SI-06-00050CR on May 8, 2007.

 X Defendant placed on supervised release for a period of  three
   years on Counts 1, 2, 4, 5 and one year on Count 3, all such
   terms to run concurrently  under the usual terms and
   conditions with special conditions of supervised release as
   stated in the judgment.

 X Special Assessment $ 425.00 , due  immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report; Court
   accepted. Court and counsel heard re defendant's oral motion
   to reduce the criminal history level; **DENIED**. Sentencing
   recommendations heard. Court recommended that the defendant
   participate in the 500 hour Drug and Alcohol Treatment
   Program. Court recommended that the defendant serve his time
   at a facility located in the Northwestern United States. Court
   advised defendant of his appeal rights.

At 9:55 a.m. court adjourned.

OFF RECORD NOTE: Payment coupon to be mailed to defense counsel.

DATE:     May 17, 2007           DEPUTY CLERK'S INITIALS: SPE/scl