Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BILLY WAYNE HAYNES,<br><br>　　　　　Defendant. | NO. 1:06-cr-0002-JWS<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that BILLY WAYNE HAYNES appeals to the United States Court of Appeals for the Ninth Circuit from the:

　　　　( )　Conviction only (Fed. R. Crim. P. 32(b))

　　　　( )　Conviction and sentence

　　　　(**X**)　Sentence only (18 U.S.C. § 3742)

　　　　Judgment was entered on this action on May 31, 2007.

　　　　Sentence imposed May 17, 2007.

　　　　Transcript required (yes or no):　  yes  　. If yes, date ordered or to be ordered:　 by June 10, 2007 　(including arrangements for payment with court recorder).

DATED this 1st day of June 2007.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on June 1, 2007,
a copy of the **Notice of Appeal**
was served electronically on:

John Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


/s/Sue Ellen Tatter