NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WAYNE HAYNES,<br><br>Defendant. | Case No.  1:06-cr-00002-JWS<br><br>**MOTION FOR ISSUANCE OF CORRECTED JUDGMENT** |

COMES NOW the United States of America, by and through Special Assistant United States Attorney John J. Novak, and hereby files this motion asking the court to issue a corrected written judgment.

At the May 17, 2007, sentencing, argument of counsel, the court's sentencing comments, and clarifying questions specifically addressed the issue of whether the court was running the 78 month sentence in this case wholly consecutive with, partially consecutive with, or wholly concurrent with the state court sentence.  It was undersigned counsel's understanding that this court specifically intended that the sentence in this case is to be concurrent to the state case sentence only in so far as the time remaining to be served on the state case as of May 8, 2007, the date the state sentence was imposed.  The written judgment does not comport with the courts' oral pronouncement.  Rather, the written judgment incorrectly indicates that the sentence in this case is to be wholly concurrent with the state sentence.  The United States accordingly asks that an amended written judgment be issued that comports with the courts' oral pronouncement.  Specifically, the United States asks that the third sentence under the IMPRISONMENT heading on page three of the amended judgment read as follows:

> Counts 1, 2, 3, 4, and 5 are to be served concurrent to each other.  The sentence in this case is to be consecutive to the sentence imposed in State case 1SI-06-00050 CR except for the time remaining to be served in that case as of May 8, 2007.

RESPECTFULLY SUBMITTED this 4th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ John J. Novak
JOHN J. NOVAK
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave. #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2007,
a copy of the foregoing
MOTION FOR ISSUANCE OF
CORRECTED JUDGMENT
was served electronically on:

Sue Ellen Tatter

 s/ John J. Novak