UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # __1:06-cr-00002-JWS__

Short Case Title   __United States v. Billy Wayne Haynes__

Date Notice of Appeal Filed by Clerk of District Court   __June 1, 2007 (D#94)__

**RECEIVED JUN 0 7 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 05/17/2007 | SPE | OTHER: Sentencing Hearing in Juneau |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   __06/07/2007__   Estimated Date for Completion   __5 weeks__

Signature of Attorney   _Sue Ellen Tatter_   Phone Number   __646-3400__

Address   __Sue Ellen Tatter, Assistant Federal Defender__
__550 West 7th Avenue, Suite 1600__
__Anchorage, AK  99501__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
        (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____ Court Reporter's Signature _____