RECEIVED
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.
JUN 25 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 1:06-CR-002-JWS |
| BILLY WAYNE HAYNES, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of BILLY WAYNE HAYNES,

by you imprisoned and detained as it is said, at the Lemon Creek Correctional

facility in Juneau, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Juneau, Alaska, for scheduling an

arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in United States of America v. Billy Wayne Haynes,

Case No. 1:06-CR-002-JWS, now pending before said court, and that you return

said person to the State of Alaska Department of Corrections as soon as the case

may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court

directs.

WITNESS the Honorable Judge of the United States District Court of

the District of Alaska, at the Federal Building and U.S. Courthouse in the City of

Anchorage, Alaska on this 12th day of July, 2006.


IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: _____ **Signature Redacted**
DEPUTY CLERK


**U.S. MARSHALS RETURN**
I hereby certify and return that *BILLY HAYNES* was
transported from *LEMON CREEK* to *COURT*
on *12 JULY 06* as ordered by the court.
Randy M. Johnson

U.S MARSHAL
By: R. Snyder
Deputy U.S. Marshal
CRIMINAL CLERK

Certified to be a true and correct copy
of original filed in my office.
Dated 7-12-06
IDA ROMACK, Clerk
By REDACTED SIGNATURE Deputy