RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**RECEIVED**
JUN 18 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

JUN 12 2007
FILED 6/12/07
DOCKETED 6/13/07

**07-30209**

CASE INFORMATION:
Short Case Title:  USA v HAYNES
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - 1:06-cr-00002-JWS
Date Complaint/Indictment/Petition Filed: 6/21/06
Date Appealed Order/Judgment *entered*: 5/31/07
Date NOA *filed*: 6/1/07
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number: Susan Evans - 907-586-7458

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __           Date Docket Fee billed: __
Date FP granted: 7/20/06           Date FP denied: __
Is FP pending? __yes/no            Was FP Limited/Revoked?
US Government Appeal?  No yes/no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| SUE ELLEN TATTER | JOHN NOVAK, AUSA |
| Federal Public Defender Agency | U.S. Attorney's Office |
| 601 W. 5th Ave., Suite 800 | 222 W. 7th Ave., #9 |
| Anchorage, AK  99501 | Anchorage, AK  99513 |
| FAX: 907-646-3480 | FAX: 907-271-1500 |

__retained   __CJA   X FPD   __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 15296-006            Address: __
Custody: __                       __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104