NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-00002-JWS |
| Appellee, | ) **NOTICE TO DISCONTINUE** |
| | ) **ELECTRONIC SERVICE** |
| vs. | ) |
| BILLY WAYNE HAYNES, | ) |
| Appellant. | ) |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on John J. Novak, Asst. U.S. Attorney.  Bryan Schroder is the lead attorney in this matter.

RESPECTFULLY SUBMITTED this 5th day of October, 2007 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: bryan.schroder@usdoj.gov

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent
to the following counsel of record on
October 5, 2007, via electronic filing:

Michael Dieni, FPD

s/ Bryan Schroder
Office of the U.S. Attorney