UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 05 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-30209 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-06-00002-JWS |
| v. | District of Alaska, Juneau |
| BILLY WAYNE HAYNES, | ORDER |
| Defendant - Appellant. | |

RECEIVED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Appellee's motion to stay proceedings pending the court's en banc decision in *United States v. Carty*, No. 05-10200, and *United States v. Zavala*, No. 05-30120 is granted.

This appeal is stayed until January 7, 2008. On or before the expiration of the stay, appellee shall file the answering brief or file a status report and an appropriate motion.

If appellee files the answering brief, the reply brief shall be due 14 days after service of the answering brief.

Failure to file a status report shall terminate the stay.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

**SIGNATURE REDACTED**

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 10.1