**FILED**

UNITED STATES COURT OF APPEALS

MAR 17 2008

FOR THE NINTH CIRCUIT

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

**RECEIVED**

| UNITED STATES OF AMERICA, | No. 07-30209 | MAR 21 2008 |

Plaintiff - Appellee

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

D.C. No. CR-06-00002-JWS
District of Alaska,
Juneau

v.

BILLY WAYNE HAYNES,

ORDER

Defendant - Appellant

Appellee's motion to stay proceedings pending the court's en banc decision in *United States v. Carty*, No. 05-10200, and *United States v. Zavala*, No. 05-30120 is granted.

This appeal is stayed until June 5, 2008. On or before the expiration of the stay, appellee shall file the answering brief or file a status report and an appropriate motion.

If appellee files the answering brief, the reply brief shall be due 14 days after service of the answering brief.

Failure to file a status report shall terminate the stay.

> For the Court:
> MOLLY C. DWYER
> Acting Clerk of the Court:
>
> Cathie A. Gottlieb
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>     and Ninth Circuit 27-10

cag/Pro Mo/03.10.08