FILED

JUN 25 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 07-30209 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-06-00002-JWS<br>Alaska |
| v. | |
| BILLY WAYNE HAYNES, | ORDER |
| Defendant - Appellant. | |

RECEIVED

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

The appellant's motion for an extension of time to file the reply brief is granted. The reply brief is due July 11, 2008.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

Counsel is reminded that all motions in criminal appeals must cite the bail status of the defendant pursuant to Ninth Circuit Rule 27-8.1.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

6.23.08/cag/Pro Mo